UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61987-CV-BLOOM/VALLE

TAL HILSON,

    Plaintiff,

vs.

GULFSTREAM POST NO. 310, THE AMERICAN
LEGION, DEPARTMENT OF FLORIDA, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. United States District Judge Beth Bloom has referred this case to the undersigned "for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters." (ECF No. 5).

On October 2, 2014, Plaintiff served his Complaint on Defendant Gulfstream Post No. 310, The American Legion, Department of Florida, Inc. *See* (ECF No. 7 at 2). Accordingly, Defendant's response to the Complaint was due 21 days later on October 23, 2014. *See* Fed. R. Civ. P. 12(a)(1)(A).

Instead of filing an answer, Defendant filed a letter on October 22, 2014 asking the Court to dismiss Plaintiff's lawsuit. *See* (ECF No. 8). The letter was signed on behalf of Defendant by William Collins, Commander of the American Legion Post 310, and Ralph Frame, 2nd Vice Commander of the American Legion Post 310. *Id.*

Because Defendant is a corporation, Defendant may only participate in this case through duly-licensed counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through

1

agents, cannot appear pro se, and must be represented by counsel."). Nothing in the record suggests that either Mr. Collins or Mr. Frame, the individuals who signed the letter filed with the Court, is a duly-licensed attorney authorized to practice law before this Court.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's letter filed on October 22, 2014 (ECF No. 8) is **STRICKEN** from the record. Defendant shall retain counsel and file its response to Plaintiff's Complaint no later than **Friday, October 31, 2014**. Failure to do so may result in the entry of default against Defendant.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida on October 23, 2014.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record